# Exhibit 1

```
                                                    Page 1

 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Index No. 09-Civ-7644 (PAC) (THK)
      ------------------------------------x
 5
      JUAN CASTILLO and RATAKIT BOONNAK,
 6
                            Plaintiffs,
 7
            -against-
 8
      TIME WARNER CABLE OF NEW YORK CITY,
 9    A DIVISION OF TIME WARNER ENTERTAINMENT,
      L.P.,
10
                            Defendants.
11
      ------------------------------------x
12
                            950 Third Avenue
13                          New York, New York
14                          January 24, 2012
                            2:06 p.m.
15
16
17          VIDEOTAPED DEPOSITION of DARREN
18    MARAJ, taken by the Defendants, pursuant to
19    Subpoena, held at the aforementioned time and
20    place, before Sherri Flagg, a Registered
21    Professional Reporter, Certified LiveNote
22    Reporter, and Notary Public.
23
                      *    *    *
24
25
```

```
                                                          Page 2
 1
 2    A P P E A R A N C E S:
 3
      Attorneys for Plaintiffs:
 4
      LAW OFFICES OF LEE NUWESRA
 5         1623 Unionport Road
           Suite 101
 6         Bronx, New York 10462
           (718) 942-4294
 7
      BY:  LEE NUWESRA, ESQ.
 8         E-MAIL:  lnuwesra@optonline.com
 9
      Attorneys for Defendants:
10
      KAUFF McGUIRE & MARGOLIS LLP
11         950 Third Avenue
           14th Floor
12         New York, New York 10022
           (212) 909-3521
13
      BY:  MARJORIE B. KULAK, ESQ.
14         E-MAIL:  kulak@kmm.com
15
16
17    A L S O   P R E S E N T:
18         JOE BARRION, Videographer
19         RONALD TURNER, Time Warner Cable
20
21
22
23
24
25
```

```
 1
 2                    STIPULATIONS
 3           IT IS HEREBY STIPULATED AND AGREED
 4   by and among counsel of the respective parties
 5   hereto, that the filing, sealing and
 6   certification of the within deposition shall
 7   be and same are hereby waived;
 8           IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to form of the
10   question, shall be reserved to the time of
11   trial;
12           IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be signed
14   before any Notary Public with the same force
15   and effect as if signed and sworn to before
16   the Court.
17
18
19
20
21
22
23
24
25
```

Page 4

- D. MARAJ -

**************

1
2
3    VIDEO TECHNICIAN:  My name is Joe
4    Barrion of Veritext New York, 1250
5    Broadway, New York, New York.
6        The date today is January 24, 2012,
7    and the time is approximately 2:06.
8        This deposition is being held in the
9    office of Kauff McClain & McGuire [sic],
10   located at 950 Third Avenue, New York,
11   New York.
12       The caption of this case is Juan
13   Castillo and Ratakit Boonnak versus Time
14   Warner Cable of New York City, United
15   States District Court, Southern District
16   of New York; Case No. 09-civ-7644 (PAC)
17   (THK).
18       The name of the witness is Darren
19   Maraj.
20       At this time the attorneys will
21   identify themselves and the parties they
22   represent, after which our court reporter,
23   Sherri Flagg of Veritext, will swear in
24   the witness and we can proceed.
25       MS. KULAK:  Marjorie Kulak from

```
                                                  Page 5
 1              - D. MARAJ -
 2      Kauff McGuire Margolis from Time Warner
 3      Cable.  Also with me here today is Ronald
 4      Turner from Time Warner Cable.
 5              MR. NUWESRA:  Good afternoon,
 6      Mr. Barrion.  My name is Lee Nuwesra of
 7      1623 Unionport Road, here representing
 8      Mr. Maraj.
 9   *     *     *
10   D A R R E N   M A R A J,
11   first duly sworn/affirmed, was
12   examined and testified as follows:
13   EXAMINATION BY
14   MS. KULAK:
15           Q.    Good morning, Mr. Maraj.
16           A.    Good morning.
17           Q.    Can you state your name for the
18   record, please.
19           A.    Darren Maraj.
20           Q.    And can you state your address for
21   the record.
22           A.               REDACTED
23   Pennsylvania.
24           Q.    We're going to start the deposition,
25   I'm just going to give you some basic opening
```

```
                                                  Page 11
 1                    - D. MARAJ -
 2   tech?
 3        A.    I would have to say it would be
 4   2005.  I can't be too sure.
 5        Q.    And who was your supervisor when you
 6   were a service tech?
 7        A.    Chris Tartarone.
 8        Q.    And as a service tech, what were
 9   your duties and responsibilities?
10        A.    For service calls from a customer's
11   loss of video service or a phone or Internet.
12        Q.    And what was your next position
13   after being a service tech?
14        A.    That's when I got transferred to
15   business services.
16        Q.    And just to clarify, up until this
17   transfer to business services, all the
18   positions that you just spoke about were in
19   Northern Manhattan?
20        A.    Northern Manhattan.
21        Q.    And when did you get transferred to
22   business services?
23        A.    That was last year, I would say
24   ending of winter last year.
25        Q.    When you say "last year," do you
```

```
                                              Page 37
 1                  - D. MARAJ -
 2       Q.    Okay.  So you and those two other
 3  people are in the same -- treated the same?
 4       A.    Right.
 5       Q.    And so when you were -- when you
 6  mentioned before that you're still experiencing
 7  inequality, other than this shift, what other
 8  -- is there any other reason why you're
 9  experiencing inequality?
10       A.    Well, I also do the installs at
11  certain times also where the install guys get
12  four-day shifts.
13       Q.    And do the other two people that you
14  work with also do installs?
15       A.    Yeah, some days I believe they do.
16       Q.    So that's -- for this location that
17  you're in, that's the norm for this location?
18       A.    Well, they're supposed to be
19  changing it.  That's what they told us.  And
20  every time we keep asking them, they're working
21  on it and it's been over a month.
22       Q.    And for what other reason do you
23  feel that there's inequality now in this
24  current position?
25       A.    One guy became crew chief and I
```

Page 38

- D. MARAJ -

```
 1                  - D. MARAJ -
 2   never even knew there was a crew chief position
 3   that was available.
 4        Q.    Who was made crew chief?
 5        A.    Matt Gonzalvez.
 6        Q.    How long had he worked in that
 7   location for?
 8        A.    Who, Matt?
 9        Q.    Matt, yeah.
10        A.    I don't know.
11        Q.    Longer than you?
12        A.    I believe I have more seniority than
13   him.
14        Q.    Okay.
15        A.    But he was working at Staten Island
16   before I moved to Bergen.
17        Q.    So he's in the same -- like the same
18   management group that you're in?  I'm not using
19   the right word.  You guys work out of the same
20   location?
21        A.    Yeah, Staten Island and Bergen were
22   separate but we're all under Tom Cipriano.
23        Q.    And when was Matt made a crew chief?
24        A.    This was recent.  I'd say maybe a
25   couple months.
```

```
                                              Page 39
 1                    - D. MARAJ -
 2        Q.    And do you know who made him a crew
 3   chief?
 4        A.    I have no idea.
 5        Q.    Does he do a good job as crew chief?
 6        A.    To be honest with you, I'm the only
 7   guy in Bergen and I'm only really concerned
 8   with my work, as he never has to come to my
 9   assistance for anything.
10        Q.    And so Matt is really more focused
11   in Staten Island?
12        A.    Yes.
13        Q.    If you're the only person in Bergen,
14   would they ever make a crew chief for Bergen?
15        A.    I have no idea.  But they told me
16   he's my crew chief now, so I don't know how
17   that happened.
18        Q.    When he was made a crew chief, did
19   Matt receive more money?
20        A.    Crew chiefs make more money.
21        Q.    Is there any other reason why you
22   feel that there's inequality?
23        A.    No.
24        Q.    One of the reasons why you're here
25   today is because you provided a declaration in
```